AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| VOIT TECHNOLOGIES, LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | CASE NO: 17-cv-22472-SCOLA/Torres |
| v. | ) | |
| BLUEGATE, INC. | ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLUEGATE, INC.
16409 NW 8th Avenue
Miami Gardens, Florida 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David F. Tamaroff, Esq.
LIPSCOMB & PARTNERS, PLLC
25 SE 2nd Avenue, 8th Floor, Miami, Florida 33131
Tel: (786) 431-2228 / Fax: (786) 431-2229
Email: dt@lipscombpartners.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 5, 2017

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court